JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 18-10164-CJC (GJSx)            Date: July 25, 2023

Title: <u>TEXMONT DESIGN LIMITED v. HALSTON OPERATING COMPANY, *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>            <u>  N/A  </u>
Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISS PLAINTIFF'S CLAIMS AGAINST HALSTON DEFENDANTS**

      On July 5, 2023, the Court issued an order stating that if Plaintiff wished to seek default judgment against the only defendants remaining in this case, Halston Operating Company, LLC and House of Halston, LLC, it must file an appropriate motion by July 24, 2023. (Dkt. 237.) The Court admonished that "[f]ailure to file such a motion or seek other appropriate relief by that date will result in dismissal." (*Id.*) Plaintiff did not file a motion or seek any other relief by the July 24, 2023 deadline. Accordingly, Plaintiff's claims against Halston Operating Company, LLC and House of Halston, LLC are **DISMISSED.**

cb

MINUTES FORM 11
CIVIL-GEN                                                                Initials of Deputy Clerk RRP